## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

## COLUMBIA DIVISION

**TANGNAKIKA N. COOK-BENNETT,**
      **Plaintiff,**

          **v.**                  **Civil Action No.:  3:25-cv-12737-SAL**

**FRED LOGISTICS, LLC AND**
**ZIDANE NTSEINDIE**
**NKEMNJUOZEH,**

      **Defendants.**
_____/

### COMPLAINT AND DEMAND FOR JURY TRIAL

The plaintiff, above-named, complaining of the defendants, herein, would respectfully show:

### JURISDICTION, PARTIES AND VENUE

1.     That the plaintiff is a resident and citizen of the State of South Carolina.

2.     That the defendant motor carrier, Fred Logistics LLC, is a limited liability company organized and existing under the laws of the State of Ohio and is domiciled in the State of Ohio.

3.     That the defendant, Zidane Ntseindie Nkemnjuozeh, is a resident and citizen of the State of Ohio and is domiciled in the State of Ohio.

4.     That at all times hereinafter mentioned, Interstate 26 is a paved public road running generally in an east/west direction and is located in the County of Lexington, State of South Carolina.

5.     That this court has jurisdiction over the parties and the subject matter herein as the amount in controversy exceeds the sum or value of $75,000 and on the basis of diversity as set forth under 28 U.S.C. § 1332.

6.      That venue for this action is proper as the motor vehicle wreck giving rise to this action occurred in Lexington County, South Carolina which is embraced by the Columbia Division.

<u>**COUNT I**</u>
**MOTOR VEHICLE NEGLIGENCE AND VICARIOUS LIABILITY**
**OF DEFENDANTS, FRED LOGISTICS, LLC AND ZIDANE NTSEINDIE**
**NKEMNJUOZEH**

7.      That plaintiff re-alleges and incorporates by reference paragraphs 1-6 as if fully and completely set forth herein.

8.      That at all times hereinafter mentioned, the defendant, Zidane Ntseindie Nkemnjuozeh, was the operator of a 2019 Freightliner vehicle with Vehicle Identification Number 3AKJGLDR1KSKC6598, License Tag Number PWV7565, State of Ohio, bearing a motor carrier placard of the defendant motor carrier, Fred Logistics LLC, USDOT Number 3854586, Motor Carrier Number 1406090, who was then and there driving and operating said commercial motor vehicle as the servant and/or agent of the defendant, Fred Logistics LLC, and in the actual or apparent course and scope of his employment with said defendant, and by reason thereof, defendant, Fred Logistics LLC, is vicariously liable for the negligent acts of its said servant hereinafter complained of and for the injuries and damages sustained by plaintiff.

9.      That on or about January 11, 2024, plaintiff was the driver of a motor vehicle that was traveling eastbound on Interstate 26 in Lexington County, South Carolina.

10.      That the defendant driver, Zidane Ntseindie Nkemnjuozeh, was the driver of a commercial motor vehicle that was also traveling eastbound on Interstate 26 in Lexington County, South Carolina, directly behind plaintiff's vehicle.

11.      That as plaintiff was at a complete stop for traffic ahead on the roadway, the defendant driver, Zidane Ntseindie Nkemnjuozeh, failed to slow and/or stop his commercial motor vehicle and suddenly collided with plaintiff's vehicle with great force and violence.

12.      That as a direct and proximate result of the aforesaid collision, plaintiff suffered great bodily harm and injury, including past, present and future pain and suffering, medical expenses, mental anguish and impairment.

13.     That the defendant, Zidane Ntseindie Nkemnjuozeh, by and through his acts or omissions, was negligent, grossly negligent, careless, reckless, willful and wanton in one or more of the following particulars for which the defendant, Fred Logistics LLC, and the defendant, Zidane Ntseindie Nkemnjuozeh, are jointly and severally liable, to wit:

a.      In failing to obey traffic laws pursuant to S.C. Code Ann. §56-05-1520(A);

b.      In failing to keep his commercial motor vehicle under proper control;

c.      In operating and driving a commercial motor vehicle too fast for conditions;

d.      In operating and driving a commercial motor vehicle at an excessive rate of speed;

e.      In failing to keep a proper lookout;

f.      In operating and driving a commercial motor vehicle in a careless and reckless manner;

g.      In failing to apply the brakes of his commercial motor vehicle, if any he had;

h.      In any other acts that represent a breach of the statutory laws of the State of South Carolina;

i.      In any other acts that represent a breach of the Federal Motor Carrier Safety Regulations; and

j.      In failing to use the degree of care and caution that a reasonable and prudent person would have used under the circumstances then and there prevailing.

All or one of which was the direct and proximate cause of the injuries and damages sustained by plaintiff, said acts being in violation of the statute laws of the State of South Carolina and in violation of the Federal Motor Carrier Safety Regulations.

14.     That due to the reckless, willful and wanton conduct of defendant, Zidane Ntseindie Nkemnjuozeh, as well as his violations of statutory law, plaintiff is specifically entitled to punitive damages.

15.     That plaintiff is informed and believes that she is entitled to judgment against the defendants, jointly and severally, for actual and punitive damages in an amount to be determined by the trier of fact.

**WHEREFORE**, plaintiff prays for judgment against the defendants, jointly and severally, for actual and punitive damages in an amount to be determined by the trier of fact, for the cost of this action and for such other and further relief as this court may deem just and proper.

## COUNT II
### FRED LOGISTICS LLC'S NEGLIGENT HIRING OF ZIDANE NTSEINDIE NKEMNJUOZEH

16.    That the plaintiff, re-alleges and incorporates by reference paragraphs 1-15 as if fully and completely set forth herein.

17.    That at all times material to this action, the defendant driver, Zidane Ntseindie Nkemnjuozeh, was under dispatch for and under the direction, supervision and control of the defendant, Fred Logistics LLC, and was otherwise an agent of Fred Logistics LLC.

18.    That the defendant, Fred Logistics LLC, had a duty of care to hire a qualified, competent and suitable driver to operate a commercial motor vehicle in furtherance of company business.

19.    That by hiring, employing, staffing, encouraging and/or allowing the defendant driver, Zidane Ntseindie Nkemnjuozeh, to operate a commercial motor vehicle in furtherance of company business, the defendant, Fred Logistics LLC, entered into an express and/or implied duty to protect the public, including the plaintiff, from unreasonable harm and injury.

20.    That the defendant driver, Zidane Ntseindie Nkemnjuozeh, did not possess the requisite knowledge, skill and ability that a competent and suitable driver would have had in order to engage in the operation of a commercial motor vehicle.

21.    That the defendant, Fred Logistics LLC, knew or should have known that the defendant driver, Zidane Ntseindie Nkemnjuozeh, was incompetent, unfit, and unsuitable as he did not possess the requisite knowledge, skill and ability to operate a commercial motor vehicle in furtherance of company business.

22.    That the defendant, Fred Logistics LLC, breached its duty of care to hire a competent and suitable driver and, instead, hired Zidane Ntseindie Nkemnjuozeh, who was not qualified, was incompetent and was unsuitable to operate a commercial motor vehicle in furtherance of company business.

23. That as a direct and proximate result of the corporate defendant's negligence in hiring the defendant driver, Zidane Ntseindie Nkemnjuozeh, a motor vehicle crash occurred involving the plaintiff, which caused certain personal injuries to the plaintiff.

24. That as a direct and proximate result of the aforesaid collision, the plaintiff suffered great bodily harm and injury, including past, present and future pain and suffering, medical expenses, mental anguish and impairment from being knocked about within her motor vehicle.

25. That the defendant, Fred Logistics LLC, was negligent, grossly negligent, willful and wanton in one or more of the following particulars to wit:

    a.    In negligently failing to properly take affirmative action to appropriately investigate the drivers that it employed to operate a commercial motor vehicle, including Zidane Ntseindie Nkemnjuozeh, thereby creating a hazardous condition to members of the public on public roadways, thus creating an unreasonably dangerous condition for the plaintiff;

    b.    In negligently failing to investigate the fitness and suitability of drivers of commercial motor vehicles including, Zidane Ntseindie Nkemnjuozeh, in the operation of a commercial motor vehicle in furtherance of company business, thereby creating a hazardous condition to members of the public on public roadways, thus creating an unreasonably dangerous condition for the plaintiff; and

    c.    In failing to use the degree of care and caution that a reasonable and prudent company would have used under the circumstances then and there prevailing.

All or one of which was the direct and proximate cause of the injuries and damages sustained by the plaintiff.

26. That the plaintiff is informed and believes that she is entitled to judgment against the defendant, Fred Logistics LLC, for actual and punitive damages in an amount to be determined by the trier of fact.

**WHEREFORE,** the plaintiff prays for judgment against the defendant, Fred Logistics LLC, for actual and punitive damages in an amount to be determined by the trier of fact, for the cost of this action and for such other and further relief as this court may deem just and proper.

### COUNT III
### FRED LOGISTICS LLC'S NEGLIGENT RETENTION OF ZIDANE NTSEINDIE NKEMNJUOZEH

27.     That the plaintiff re-alleges and incorporates by reference paragraphs 1-26 as if fully and completely set forth herein.

28.     That at all times material to this action, the defendant driver, Zidane Ntseindie Nkemnjuozeh, was under dispatch for and under the direction, supervision and control of the defendant, Fred Logistics LLC, and was otherwise an agent of Fred Logistics LLC.

29.     That the defendant, Fred Logistics LLC, had a duty of care to become aware of the unfitness and incompetence of its employees, including Zidane Ntseindie Nkemnjuozeh, in the safe operation of a commercial motor vehicle used in furtherance of company business.

30.     That by retaining the defendant driver, Zidane Ntseindie Nkemnjuozeh, as an employee of the company, and by continuing to encourage and/or allow the defendant driver, Zidane Ntseindie Nkemnjuozeh, to operate a commercial motor vehicle in furtherance of company business, the defendant, Fred Logistics LLC, entered into an express and/or implied duty to protect the public, including the plaintiff, from unreasonable harm and injury.

31.     That the defendant, Fred Logistics LLC, breached its duty of care by failing to become aware of the unfitness, incompetence and/or unsuitability of the defendant driver, Zidane Ntseindie Nkemnjuozeh, during the course and scope of his employment and in the safe operation of a commercial motor vehicle in furtherance of company business.

32.     That upon learning of the defendant driver's unfitness, incompetence and/or unsuitability to safely operate a commercial motor vehicle in furtherance of company business, the defendant, Fred Logistics LLC, breached its duty of care by retaining the defendant driver, Zidane Ntseindie Nkemnjuozeh, and continuing

to allow him to operate a commercial motor vehicle in furtherance of company business.

33.    That as a direct and proximate result of the negligence of Fred Logistics LLC in retaining Zidane Ntseindie Nkemnjuozeh as an employee of the company and continuing to allow and encourage him to operate a commercial motor vehicle, a motor vehicle crash occurred involving the plaintiff and Zidane Ntseindie Nkemnjuozeh which caused certain personal injuries to the plaintiff.

34.    That as a direct and proximate result of the aforesaid collision, the plaintiff suffered great bodily harm and injury, including past, present and future pain and suffering, medical expenses, mental anguish and impairment from being knocked about within her motor vehicle.

35.    That the defendant, Fred Logistics LLC, was negligent, grossly negligent, willful and wanton in one or more of the following particulars to wit:

a.    In negligently failing to properly take affirmative action, such as investigation, discharge or reassignment upon becoming aware of its company driver's unfitness, incompetence and/or unsuitability in the operation of a commercial motor vehicle in furtherance of company business during the course and scope of his employment, including Zidane Ntseindie Nkemnjuozeh, thereby creating a hazardous condition to members of the public on public roadways, thus creating an unreasonably dangerous condition for the plaintiff; and

b.    In failing to use the degree of care and caution that a reasonable and prudent company would have used under the circumstances then and there prevailing.

All or one of which was the direct and proximate cause of the injuries sustained by the plaintiff.

36.    That the plaintiff is informed and believes that she is entitled to judgment against the defendant, Fred Logistics LLC, for actual and punitive damages in an amount to be determined by the trier of fact.

**WHEREFORE,** the plaintiff prays for judgment against the defendant, Fred Logistics LLC, for actual and punitive damages in an amount to be determined by the trier of fact, for the cost of this action and for such other and further relief as this court may deem just and proper.

## COUNT IV
## FRED LOGISTICS LLC'S NEGLIGENT ENTRUSTMENT OF A COMMERCIAL MOTOR VEHICLE TO ZIDANE NTSEINDIE NKEMNJUOZEH

37.    That the plaintiff re-alleges and incorporates by reference paragraphs 1-36 as if fully and completely set forth herein.

38.    That at all times material to this action, the defendant driver, Zidane Ntseindie Nkemnjuozeh, was under dispatch for and under the direction, supervision and control of the defendant, Fred Logistics LLC, and was otherwise an agent of Fred Logistics LLC.

39.    That the defendant, Fred Logistics LLC, had a duty of care to protect members of the public from unreasonable harm and injury by entrusting a commercial motor vehicle to its employees who possessed the requisite competency, knowledge, skill and ability to safely operate a commercial motor vehicle.

40.    That the defendant, Fred Logistics LLC, breached its duty of care by entrusting a commercial motor vehicle to its employees, including the defendant driver, Zidane Ntseindie Nkemnjuozeh, as the defendant, Fred Logistics LLC knew or should have known of Zidane Ntseindie Nkemnjuozeh's incompetence, unfitness and unsuitability to safely operating a commercial motor vehicle in furtherance of company business.

41.    That as a direct and proximate result of negligently entrusting a commercial motor vehicle to the defendant driver, Zidane Ntseindie Nkemnjuozeh, a motor vehicle wreck occurred involving the plaintiff and Zidane Ntseindie Nkemnjuozeh which caused certain personal injuries to the plaintiff.

42.    That as a direct and proximate result of the aforesaid collision, the plaintiff suffered great bodily harm and injury, including past, present and future pain and suffering, medical expenses, mental anguish and impairment from being knocked about within her motor vehicle.

43. That the defendant, Fred Logistics LLC, was negligent, grossly negligent, willful and wanton in one or more of the following particulars to wit:

    a.    In negligently entrusting a commercial motor vehicle to its company drivers notwithstanding the unfitness, incompetence and unsuitability of its drivers, including Zidane Ntseindie Nkemnjuozeh, to safely operate a commercial motor vehicle during the course and scope of his employment, including Zidane Ntseindie Nkemnjuozeh, thereby creating a hazardous condition to members of the public on public roadways, thus creating an unreasonably dangerous condition for the plaintiff; and

    b.    In failing to use the degree of care and caution that a reasonable and prudent company would have used under the circumstances then and there prevailing.

All or one of which was the direct and proximate cause of the injuries sustained by the plaintiff.

44. That the plaintiff is informed and believes that she is entitled to judgment against the defendant, Fred Logistics LLC, for actual and punitive damages in an amount to be determined by the trier of fact.

**WHEREFORE,** the plaintiff prays for judgment against the defendant, Fred Logistics LLC, for actual and punitive damages in an amount to be determined by the trier of fact, for the cost of this action and for such other and further relief as this court may deem just and proper.

## <u>COUNT V</u>
## FRED LOGISTICS LLC'S NEGLIGENT TRAINING AND SUPERVISION OF ZIDANE NTSEINDIE NKEMNJUOZEH

45. That the plaintiff re-alleges and incorporates by reference paragraphs 1-44 as if fully and completely set forth herein.

46. That at all times material to this action, the defendant driver, Zidane Ntseindie Nkemnjuozeh, was under dispatch for and under the direction, supervision and control of the defendant, Fred Logistics LLC, and was otherwise an agent of Fred Logistics LLC.

47. That the defendant, Fred Logistics LLC, had a duty of care to protect members of the public from unreasonable harm and injury by adequately training and

supervising company drivers in the safe operation of a commercial motor vehicle in furtherance of company business.

48.    That the defendant, Fred Logistics LLC, breached its duty of care in failing to adequately train and adequately supervise its company drivers, including Zidane Ntseindie Nkemnjuozeh, in the safe operation of a commercial motor vehicle in furtherance of company business.

49.    That as a direct and proximate result of the corporate defendant's negligence in failing to train and/or inadequately training and supervising its company drivers, including Zidane Ntseindie Nkemnjuozeh, a motor vehicle wreck occurred involving the plaintiff and Zidane Ntseindie Nkemnjuozeh which caused certain personal injuries to the plaintiff.

50.    That as a direct and proximate result of the aforesaid collision, the plaintiff suffered great physical harm and injury, including past, present and future pain and suffering, medical expenses, mental anguish and impairment from being knocked about within her motor vehicle.

51.    That the defendant, Fred Logistics LLC, was negligent, grossly negligent, willful and wanton in one or more of the following particulars to wit:

a.    In negligently failing to properly take affirmative action to supervise, monitor and instruct its company drivers including, Zidane Ntseindie Nkemnjuozeh, in the safe operation of a commercial motor vehicle thereby creating a hazardous condition to members of the public on public roadways, thus creating an unreasonably dangerous condition for the plaintiff;

b.    In negligently failing to train and/or inadequately training and inadequately supervising its company drivers including, Zidane Ntseindie Nkemnjuozeh, in the operation of a commercial motor vehicles to protect the health and safety of the public using public highways, including the plaintiff;

c.    In negligently failing to have sufficient corporate policies and/or failing to follow its own corporate policy(ies) regarding safety and the safe operation of a commercial motor vehicle in furtherance of company business;

d.      In negligently engaging in a mode of operations when the corporate defendant knew, or should have known, that said mode of operations would result in the existence of an unreasonably dangerous condition to the general public on public roadways, including the plaintiff; and

e.      In failing to use the degree of care and caution that a reasonable and prudent company would have used under the circumstances then and there prevailing.

All or one of which was the direct and proximate cause of the injuries and damages sustained by the plaintiff.

52.     That the plaintiff is informed and believes that she is entitled to judgment against the defendant, Fred Logistics LLC, for actual and punitive damages in an amount to be determined by the trier of fact.

**WHEREFORE,** the plaintiff prays for judgment against the defendant, Fred Logistics LLC, for actual and punitive damages in an amount to be determined by the trier of fact, for the cost of this action and for such other and further relief as this court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial on all issues so triable against defendants.

**STANLEY LAW GROUP**

/s/Mark B. Stanley
**Mark B. Stanley**
**Federal Bar No.: 12554**
**H. Ronald Stanley**
**Breon W. Offord**
**Samuel M. Mokeba**
Attorneys for Plaintiff
1418 Park Street
Post Office Box 7722 (29202)
Columbia, South Carolina 29201
Telephone: (803) 799-4700
Fax: (803) 799-3036
Email: mbstanley@stanleylawsc.com

11

Columbia, South Carolina

Dated: September 29, 2025

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on this **<u>29th</u>** day of **<u>September</u>**, **<u>2025</u>**, the above was filed using the e-portal filing system.

<u>/s/Mark B. Stanley</u>
**Mark B. Stanley, Esquire**